UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SURE FILL & SEAL, INC.,
    Plaintiff,

vs.                                      CASE NO. 8:08-CIV-882-T-17-TGW

GFF, INC.,
    Defendant.
_____/

**ORDER TO RETAIN COUNSEL**

This cause is before the Court on the filing of a complaint by Hernando Ramirez, President of Sure Fill & Seal, Inc. on behalf of the corporation. In accordance with Local Rule 2.03(d), a corporation may appear and be heard only through counsel admitted to practice in this court. The corporate plaintiff has thirty days to file notice of appearance of counsel. Failure to do so will result in dismissal of this case. The Court **stays all action in this case for thirty days** or until notice of appearance of counsel is filed.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 12th day of May, 2008.



Copies to: All parties and counsel of record